IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff,

v.                                CIVIL ACTION

TIMOTHY J. STEWART,        CASE NUMBER: **2:10-CV-00400**
DEBRA STEWART, et al

## ORDER

*AND NOW, this* 4th *day of* Aug *, 2010 upon consideration of defendant Debra Stewart's Motion to Set Aside Default ~~Judgment~~ and Plaintiff's consent thereto, it is hereby ORDERED that the default ~~judgment~~ entered against defendant Debra Stewart on August 2nd, 2010, be set aside and that defendant is permitted to plead to plaintiff's complaint within ten days after entry of this order.*

*[signature]*
J.