IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY J. STEWART, et al.,<br><br>    Defendants. | No. 2:10-cv-00400 (GLL) |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Having considered the United States' motion for default judgment together with the memorandum of law in support thereof, and having further considered defendants' opposition, if any, the Court concludes that the motion should be granted.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The United States' motion for default judgment against defendants, the Commonwealth of Pennsylvania Department of Labor and Industry and the Commonwealth of Pennsylvania Department of Revenue, is granted

2. The Clerk is ordered to enter judgment against defendants, the Commonwealth of Pennsylvania Department of Labor and Industry and the Commonwealth of Pennsylvania Department of Revenue, do not have an interest in the real property at issue in this action located at 4345 State Route 40, Claysville, Pennsylvania.

//

//

//

The Clerk shall enter judgment in accordance with the above.

Dated this 13th day of Sept, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE